# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| G SQUARED EQUITY MANAGEMENT LP<br><br>Plaintiff,<br><br>v.<br><br>CASSANDRA CAPITAL GMBH.,<br><br>Defendant. | Civil Action No: 1:25-cv-12036 |

## COMPLAINT

1. Plaintiff G Squared Equity Management LP ("G Squared") brings this Complaint for declaratory judgment against Cassandra Capital GmbH ("Cassandra") regarding Cassandra's demand of a $950,000 Transaction Fee under the Referral Fee Agreement between G Squared and Cassandra, dated September 23, 2021 (the "Agreement") to which it is not entitled. A copy of which is attached hereto as Exhibit 1.[1] Cassandra is not entitled to payment of the Transaction Fee under the Agreement.

2. The Agreement states that Cassandra is only entitled to a Transaction Fee, as defined in the Agreement, if Cassandra introduces G Squared to a Target and thereafter G Squared consummates a transaction with such Target. The Agreement applies to only two Targets: Gorillas Technologies GmbH ("Gorillas") and Choco Communications GmbH ("Choco"). Ex. 1 at Ex. A.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings assigned to such terms in the Agreement.

1

3. Cassandra claims entitlement to a Transaction Fee related to a transaction with a separate entity, Getir Perakende Lojistik A.S. ("Getir"), which acquired Gorillas in December 2022.

4. This Complaint seeks a declaratory judgment from the Court to settle a legal dispute that exists between G Squared and Cassandra regarding the Transaction Fee Cassandra claims that is it owed pursuant to the Agreement.

## PARTIES

5. G Squared is a Delaware limited partnership with its principal office located at 180 N. Stetson Avenue, Suite 5100, Chicago, Illinois 60601. G Squared is a global venture capital fund manager specializing in growth-stage technology investments. The partners of G Squared are citizens of Illinois, California, and Minnesota.

6. Upon information and belief, Defendant Cassandra is a limited liability company formed under the laws of Germany with its principal office located at Westfälische Strasse 82, 10709 Berlin, Germany. Upon information and belief the members of Cassandra are citizens of Germany.

## JURISDICTION AND VENUE

7. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(2) because this is a dispute between citizens of a State and citizens of a foreign state, upon information and belief no member of Cassandra is lawfully admitted for permanent residence in the United States, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

8. This Court has personal jurisdiction over Cassandra pursuant to 735 ILCS 5/2-209 because, *inter alia*, Cassandra transacts business within Illinois, purposefully availed itself of the privileges of conducting business in Illinois, and is a party to the Referral Fee Agreement, which

was negotiated and contemplated substantial performance in Illinois, thereby establishing significant and continuous connections to Illinois. Cassandra also agreed that the Agreement "shall be governed by, and construed and enforced in accordance with, the laws of the State of Illinois." Ex. 1 at Section 8; *see also* 735 ILCS 5/2-209.

9. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a substantial part of property that is the subject of the action is situated in Illinois.

**FACTS**

10. G Squared, founded in 2011, is a global venture capital fund manager specializing in growth-stage technology investments.

11. Upon information and belief, Cassandra is an investment bank that specializes in identifying investment opportunities in early-stage investors.

12. On September 23, 2021, G Squared and Cassandra entered into the Agreement.[2] The Agreement authorized Cassandra to introduce G Squared to potential portfolio companies and/or investment targets that may be of interest to G Squared and its funds (each individually, a "Target" and collectively, "Targets", as defined in Exhibit A to the Agreement). Pursuant to the Agreement, such Targets only include Gorillas and Choco. Ex. 1 at Ex. A.

13. The Agreement provides that Cassandra would receive a Transaction Fee in accordance with the fee schedule set forth in Exhibit B to the Agreement in consideration for such introduction to the Targets. *See* Ex. 1 at Ex. B.

14. The fee schedule states,

> If [Cassandra] introduces [G Squared] to a Target and [G Squared] and/or the Funds consummate a transaction with such Target during the term of this Agreement or within six (6) month after the date of this Agreement . . . at the time of the closing (the "Closing") of the

---

[2] On September 8, 2022, G Squared and Cassandra extended the Agreement until September 30, 2023. The Extension Agreement to the Referral Fee Agreement is attached hereto as Exhibit 2.

3

> transaction, [G Squared] will pay or cause to be paid to [Cassandra] in immediately available funds, a transaction fee (the "Transaction Fee") as described below:
> - Two percent (2.0%) of the committed capital amount to a Target up to $20 million; and
> - One percent (1.0%) of the committed capital amount to a Target above $20 million.

Ex. 1 at Ex. B.

15. Between September 2021 and December 2022, G Squared made numerous investments in Gorillas. In connection with such investments and pursuant to the Agreement, G Squared paid Cassandra a Transaction Fee for each of these transactions.

16. In December 2022, Getir, a Turkish online delivery company, acquired Gorillas for approximately $1.2 billion.

17. In 2023 G Squared invested in Getir.

18. After such investments, in or about November 2023, Christian Edler, Director at Cassandra, first erroneously claimed that G Squared owed Cassandra a $950,000 Transaction Fee in connection with G Squared's investment in Getir. Mr. Edler repeated such claim additional times in the months the followed.

19. Each time that Mr. Edler made such claim, representatives from G Squared explained that no Transaction Fee was owed under the Agreement, as G Squared's investment in Getir was not an investment in Gorillas and was not "a transaction with such Target," as defined in the Agreement.

20. On September 16, 2025, Mr. Edler emailed Larry Aschebrook, Founder and Managing Partner of G Squared, and once again erroneously demanded payment of a $950,000 Transaction Fee in connection with G Squared's September 2023 investment in Getir.

21. G Squared does not owe a Transaction Fee to Cassandra related to its investment in Getir.

4

## CAUSES OF ACTION

### COUNT I
### Declaratory Judgment

22. G Squared repeats and re-alleges each and every allegation set forth in Paragraphs 1 through 21 above as if fully set forth herein.

23. A present, actionable, and justiciable controversy exists with respect to the legal rights between the parties. Such controversy arises because Cassandra erroneously claims that, pursuant to the Agreement, G Squared owes it a $950,000 Transaction Fee related to G Squared's investment in Getir.

24. However, Cassandra's position is entirely without merit, contradicts the plain language of the Agreement, and G Squared cannot obtain complete relief other than through a declaration of the parties' rights under the Agreement. The Agreement plainly states that G Squared only owes Cassandra a Transaction Fee if Cassandra introduces G Squared to a Target and a transaction with such Target is consummated within the term of the Agreement or six (6) months after the date of the Agreement.

25. Target is explicitly and unambiguously defined in the Agreement as only two specific entities: Gorillas and Choco. The definition is exhaustive and does not include Getir or any other entities. The Agreement contains no language that could be reasonably interpreted to encompass entities that acquire the Targets, successors-in-interest, or any affiliates of the Targets.

26. Upon information and belief, absent a declaratory judgment, Cassandra will continue to erroneously demand payment under the Agreement.

5

## **CLAIM FOR RELIEF**

WHEREFORE, G Squared requests that this Court issue a declaratory judgment against Defendant in favor of Plaintiff and enter an order:

a. Declaring that Cassandra is not entitled to any Transaction Fee related to G Squared's investment in Getir; and

b. Declaring that Cassandra is not entitled to any Transaction Fee related to G Squared's investment in any entity other than those defined as Targets in the Agreement.

Dated: October 1, 2025

Respectfully submitted,

G SQUARED EQUITY MANAGEMENT LP

By its attorneys,

*/s/ Matthew Kennison*
Matthew Kennison
Michael R. Dover
**Kelley Drye & Warren LLP**
333 West Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 857-7070
MKennison@kelleydrye.com
MDover@KelleyDrye.com


*/s/ Jordan D. Weiss*
Jordan D. Weiss (*pro hac vice* forthcoming)
Emily S. Unger (*pro hac vice* forthcoming)
**Goodwin Procter LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800
JWeiss@goodwinlaw.com
EUnger@goodwinlaw.com